IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald K. Malone, :
:
    Plaintiff(s), :
: Case Number: 1:16cv833
vs. :
: Judge Susan J. Dlott
Sergeant D. Mecrosvy, et al., :
:
    Defendant(s). :

ORDER

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 19, 2016 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 7, 2016, hereby ADOPTS said Report and Recommendation.

    Accordingly, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this order will not be taken in good faith therefore denying plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

    IT IS SO ORDERED.

                                                          _/s/ Susan J. Dlott_
                                                          Judge Susan J. Dlott
                                                          United States District Court